IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL GERARD FICK,

        Plaintiff,                    No. 2:11-CV-00905-KJN

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.              <u>ORDER</u>

        On September 11, 2012, the court issued an order requiring plaintiff's counsel to show cause within fourteen (14) days why he should not be required to personally pay monetary sanctions in the amount of $300 for failure to comply with the undersigned's April 6, 2011 scheduling order and for mischaracterizing some of the pertinent medical evidence in this case. (Dkt. No. 20.) Plaintiff's counsel was instructed to file a response in the form of a declaration made under penalty of perjury not to exceed five (5) pages. (<u>Id.</u>) The deadline to respond to the order to show cause has now passed, and the record shows that plaintiff's counsel failed to file a response in accordance with the court's order.

        Accordingly, plaintiff's counsel shall personally pay monetary sanctions for the above-mentioned violations in the amount of $300 to the Clerk of Court within fourteen (14) days of this order. Plaintiff's counsel shall not in any way attempt to seek reimbursement of the

1 amount of these sanctions from plaintiff. Plaintiff's counsel shall promptly thereafter file a
2 statement with the court confirming that he made the payment to the Clerk of the Court.
3       IT IS SO ORDERED.
4 DATED: October 15, 2012

*(signature)*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE